915 A.2d 639

**Michael GRIFFIN, Appellee,**

**v.**

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellant.**

Supreme Court of Pennsylvania.

Feb. 20, 2007.

### ORDER

PER CURIAM.

It is hereby ordered that the Order of the Commonwealth Court granting mandamus relief is affirmed.